```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 04 B 20009
    BRENDA WEST
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-6648
```

---

                TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 05/21/2004 and was confirmed 07/29/2004.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 100.00%.

The case was paid in full 09/17/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOUSEHOLD AUTOMOTIVE FIN | NOTICE ONLY | NOT FILED | .00 | .00 |
| AFFILIATED FINANCIAL COR | SECURED | 6400.00 | 694.62 | 6400.00 |
| AFFILIATED FINANCIAL COR | UNSEC W/INTER | NOT FILED | .00 | .00 |
| HSBC AUTO FINANCE | SECURED | 10675.00 | 821.64 | 10675.00 |
| HSBC AUTO FINANCE | UNSEC W/INTER | 8524.32 | 1035.38 | 8524.32 |
| A ALL FINANCIAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSEC W/INTER | 381.27 | 43.49 | 381.27 |
| PREMIER BANCARD CHARTER | UNSEC W/INTER | 263.70 | 31.00 | 263.70 |
| INSTANT CASH ADVANCE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MONEY MARKET PAYDAY EXPR | UNSEC W/INTER | 599.96 | 70.61 | 599.96 |
| ORCHARD BANKCARD SERVICE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| READY MONEY | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 1815.59 | 214.09 | 1815.59 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 1,880.35 |
| DEBTOR REFUND | REFUND | | | 307.84 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 36,458.86 | |
| PRIORITY | | .00 |
| SECURED | | 17,075.00 |
| INTEREST | | 1,516.26 |
| UNSECURED | | 11,584.84 |
| INTEREST | | 1,394.57 |
| ADMINISTRATIVE | | 2,700.00 |
| TRUSTEE COMPENSATION | | 1,880.35 |
| DEBTOR REFUND | | 307.84 |

```
TOTALS                              36,458.86          36,458.86
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/27/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 20009 BRENDA WEST